## ROWAN COUNTY BD. OF EDUCATION v. U.S. GYPSUM CO.

No. 548P87.

Case below: 87 N.C. App. 106.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## STATE v. BARNES

No. 544P87.

Case below: 87 N.C. App. 293.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## STATE v. BLACKMON

No. 482P87.

Case below: 86 N.C. App. 639.

Petitions by defendants (Faircloth and Kuiken) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## STATE v. DENEHY

No. 557P87.

Case below: 78 N.C. App. 443.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 December 1987.

## STATE v. EDGERTON

No. 433PA87.

Case below: 86 N.C. App. 329.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1987.